

The Grace Building  
1114 Avenue of the Americas  
New York, NY 10036-7703  
t 212 775 8700  f 212 775 8800  
direct dial 212.775.8734

Suite 1400  
4208 Six Forks Road  
Raleigh, NC 27609  
t 919 420 1718  f 919 510 6120  
direct dial 919.3420.1718

March 15, 2017

**VIA ECF**

The Hon. Kenneth M. Karas  
United States District Judge  
The Hon. Charles L. Brieant Jr. United States Courthouse  
300 Quarropas Street, Chambers 533  
White Plains, NY 10601-4150

        **Re:**   *Fair Housing Justice Center, Inc. et al. v. Ulster Savings Bank*  
                 Civil Case No. 7:16-cv-08608-KMK – Update Following Premotion  
                 Conference

Your Honor:

       This firm represents the Defendant in the above-referenced matter. Thank you for hearing us last week at the premotion conference on our proposed motion to dismiss. We are writing pursuant to the Court's request for an update regarding the proposed motion.

       In light of the questions posed during the conference, the Defendant thinks that it would be helpful to the Court if the Defendant presents its arguments in the context of a motion for summary judgment rather than a motion to dismiss. Accordingly, although the Defendant continues to think that the Complaint fails to state a claim for relief, we do not intend to proceed with a motion to dismiss at this time, and we respectfully reserve the right to renew our arguments at the Rule 56 stage of these proceedings.

       The Court instructed that, in the event Defendant decided not to file a motion to dismiss, counsel for the parties should work together to agree upon an answer deadline. The parties have agreed that Defendant's Answer is due on or before March 27, 2017.

       Thank you again.

                 Respectfully submitted,

                 */s/ Ian M. Goldrich*        */s/ Joseph S. Dowdy*

                 Ian M. Goldrich             Joseph S. Dowdy

cc:    Mariann Meier Wang, Esq., Counsel for Plaintiffs (via ECF)  
        Alice Goldman Reiter, Esq., Counsel for Plaintiffs (via ECF)